United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **BERNABE CRUZ GONZALEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01476** |
| | § | |
| **WARDEN, Webb County Detention** | § | |
| **Center, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Respondents' Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment. (Dkt. No. 8). Respondents advise that Petitioner was granted voluntary departure on August 25, 2026. (*Id.*).

As such, this Court **ORDERS** Petitioner's counsel to file an advisory by **September 4, 2026**, addressing whether Petitioner has been granted voluntary departure, and what Petitioner proposes as a future course of action for the Court.

It is so **ORDERED**.

**SIGNED** on August 31, 2026.

John A. Kazen
United States District Judge